UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEONARDO ACOSTA                                )
1438 Sheridan Street, N.W.                     )
Washington, D.C. 20011                         )
CIS File No. A079 239 887                      )
                                               )        PETITION FOR HEARING
                         Petitioner,           )        ON NATURALIZATION
                                               )        APPLICATION
v.                                             )
                                               )        Civ. No.
GREGORY CHRISTIAN, District Director,          )
in his official capacity, as well as his       )
successors and assigns,                        )
Washington Field Office                         )
US Citizenship & Immigration Service           )
2675 Prosperity Avenue                         )
Fairfax, VA 22031                              )
                                               )
EMILIO T. GONZALEZ, Director,                  )
in his official capacity, as well as his       )
successors and assigns,                        )
U.S. Citizenship and Immigration Services      )
20 Massachusetts Avenue, N.W.                  )
Washington, DC 20529                           )
                                               )
MICHAEL CHERTOFF, Secretary,                   )
in his official capacity, as well as his       )
successors and assigns,                        )
U.S. Department of Homeland Security           )
425 Murray Drive, Building 410                 )
Washington, DC 20528                           )
                                               )
ROBERT S. MUELLER, Director,                   )
in his official capacity, as well as his       )
successors and assigns,                        )
Federal Bureau of Investigation               )
J. Edgar Hoover Building                        )
935 Pennsylvania Avenue, N.W.                  )
Washington, DC 20535                           )
                                               )
                         Respondents           )
_____ )

## PRELIMINARY STATEMENT

1. This action is brought against the respondents pursuant to 8 U.S.C. §1447(b) with a request for judicial relief in the form of an adjudication of the petitioner's Application for Naturalization (Form N-400) in this Court.

2. The petitioner properly filed his application with the respondents on December 15, 2005, and he attended an examination of his application on June 13, 2006. As more than 120 days have passed since the petitioner's examination, the petitioner seeks review of his application by this Court. The petitioner is prima facie eligible for naturalization, as explained below, and this Court should grant his application for naturalization.

## JURISDICTION

3. This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. § 310.5(a) (2006). Jurisdiction is further conferred by 8 U.S.C. § 1329 (jurisdiction of the district courts) and 28 U.S.C. § 1331 (federal question jurisdiction) and §1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the petitioner, by which statutes jurisdiction is conferred. Jurisdiction is also conferred pursuant to 5 U.S.C. § 704 (the Administrative Procedure Act).

4. This petition is timely because more than 120 days have passed since the Washington Field Office of U.S. Citizenship and Immigration Services ("USCIS") conducted an examination of the petitioner on his naturalization application on June 13, 2006. *See* 8 U.S.C. § 1447(b); 8 C.F.R. § 310.5(a).

## VENUE

5.  Venue lies in the District Court for the District of Columbia, the judicial district where the petitioner resides, pursuant to 8 U.S.C. § 1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. § 310.5(a).

## PARTIES

6.  The petitioner, Mr. LEONARDO ACOSTA, a national of Colombia, has been a lawful permanent resident of the United States since August 23, 2002, and resides in Washington, D.C.  His alien registration number is A079 239 887.

7.  The respondents, GREGORY CHRISTIAN, District Director, USCIS Washington Field Office;  EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party respondents pursuant to 8 U.S.C. § 1421(a).  The Washington Field Office conducted an examination of the Petitioner on June 13, 2006.  USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. § 1421(a).  *See also* 8 C.F.R. § 310.1.  The respondent officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S. Immigration and Naturalization Service.[1]  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177. *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

**FACTS**

8. The petitioner, Mr. Acosta, was born in Colombia on January 8, 1961, and became a lawful permanent resident of the United States on August 23, 2002. *See* Exh. 1.

9. Mr. Acosta applied for naturalization on December 15, 2005. *See* Exh. 2. On March 21, 2006, Mr. Acosta's biometrics and fingerprints were taken at the USCIS Application Support Center. *See* Exh. 3. Mr. Acosta attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia, on June 13, 2006. *See* Exh. 4. At the end of the examination, the USCIS interviewing officer informed Mr. Acosta that he had passed the tests of English and U.S. history and government tests but that the application could not be approved until the FBI name check was completed. *See* Exh. 5.

10. On February 2, 2007, Mr. Acosta sent a written inquiry to the CIS Officer who had conducted the examination on June 13, 2006. *See* Exh. 6. On May 2, 2007, CIS responded that Mr. Acosta's processing of his case was delayed due to the required background investigation not being completed. *See* Exh. 7.

11. Mr. Acosta also enlisted the assistance of Congress Member Eleanor Homes Norton to inquire into the status of his pending application. *See* Exh. 8. On February 26, 2007, Ms. Norton advised Mr. Acosta that she had contacted the appropriate officials and that a normal response time would be 4 to 8 weeks. *See* Exh. 9.

12. The respondent USCIS has not issued a final decision on Mr. Acosta's naturalization application. As more than 120 days have elapsed since Mr. Acosta's examination on June 13, 2006, the petitioner requests that this Court adjudicate his application for naturalization.

## CLAIMS

13. The petitioner is clearly eligible to be granted United States citizenship and this Court has
    clear jurisdiction to adjudicate his application for naturalization now that the respondents
    have failed to do so within the time period specified in 8 U.S.C. §1447(b). *Castracani v.
    Chertoff,* 377 F.Supp.2d 71 (D.C.Cir. 2005); *See also* 8 C.F.R. § 310.5(a). The petitioner
    has no other relief available. *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

14. The petitioner is eligible to be granted United States citizenship for the following reasons:

    a.  The petitioner has demonstrated an understanding of the English language, including
        an ability to read, write, and speak words in ordinary usage in the English language,
        as required under 8 U.S.C. § 1423(a)(1).

    b.  The petitioner has demonstrated a knowledge and understanding of the fundamentals
        of the history, and of the principles and form of government, of the United States, as
        required under 8 U.S.C. § 1423(a)(2).

    c.  The petitioner is not opposed to the United States Government or law and does not
        favor, nor has he ever favored, any totalitarian form of government. Therefore, he is
        not barred from naturalization under 8 U.S.C. § 1424.

    d.  The petitioner meets the requirements as to residence as provided under 8 U.S.C. §
        1430(a). Immediately prior to the filing of his application for naturalization on
        December 15, 2005, the petitioner had resided continuously with his U.S. citizen wife
        within the United States for at least three years, and during the three years
        immediately preceding the date of filing his application for naturalization, had been
        physically present therein for periods totaling at least half of that time. Furthermore,
        the petitioner had resided in the District of Columbia for more than three months

before filing his application for citizenship; thus, his application for naturalization was properly filed pursuant to 8 U.S.C. § 1430(a)(1) with the Washington District Office of USCIS in Virginia. Finally, the petitioner has continuously resided within the United States from the date of his application for naturalization on December 15, 2005 to the present.

    e. During all the periods referred to at 8 U.S.C. § 1430(a), the petitioner has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

15. The petitioner is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. § 1447(b), because more than 120 days have passed since he was interviewed by the Washington Field Office of USCIS on June 13, 2006, and USCIS has, to date, failed to make a determination on his application. The filing of this petition vests the Court with exclusive jurisdiction to determine the Petitioner's naturalization application, pursuant to 8 U.S.C. § 1447(b). *Castracani v. Chertoff, supra*; *See also* 8 C.F.R. § 310.5(a).

WHEREFORE, Petitioner prays that the Court:

1. Assume jurisdiction over the case and adjudicate the petitioner's application for naturalization.

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Award attorney's fees and costs of Court to the petitioner under the Equal Access to Justice Act.

Respectfully submitted this 10th day of March, 2008.

By counsel,

_____

Thomas A. Elliot
Bar No. 259713
ELLIOT & MAYOCK
1666 Connecticut Avenue, NW, 5th Floor
Washington D.C. 20009
(202) 429 1725
Fax (202) 452 0161
tom@elliotlaw.com

*Counsel for Petitioner*

<u>VERIFICATION</u>

I, Leonardo Acosta, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Petition for Hearing on

Naturalization Application, upon information and belief.

Dated:  March ____, 2008

Place:  _____


_____
Leonardo Acosta

<u>VERIFICATION</u>

I, Leonardo Acosta, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Petition for Hearing on

Naturalization Application, upon information and belief.

Dated: March _12_, 2008

Place: _Washington D.C_

_____

Leonardo Acosta

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-250-52420 | | CASE TYPE  I181<br>CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE |
|---|---|---|
| RECEIPT DATE<br>July 29, 2002 | PRIORITY DATE | APPLICANT  A79 239 887<br>ACOSTA, LEONARDO |
| NOTICE DATE<br>August 23, 2002 | PAGE<br>1 of 1 | |

LEONARDO ACOSTA
1438 SHERIDAN STREET NWPT
WASHINGTON DC 20011

**Notice Type:** Welcome Notice

### WELCOME TO THE UNITED STATES OF AMERICA

This ... to permanent resident status in the United States.

Your new permanent resident status has been registered. At the top of this notice you will see a very important number. That is your "A" A number. It is your permanent resident account and file number. This permanent account number ...

We ... a new *Permanent Resident Card*. You should receive it within the next few weeks ... show your new status. When you receive your card you must carry it with you at all times if you are not a minor. It is not a toy.

... at (802) 527-4913 ...

Your new card is to ensure that you ... when you retain a permanent resident ... by the card resident ... consider your card number applic ... once that your card expires ... National Customer Service Center at **1-800-375-5283** or visit the INS website at **www.ins.usdoj.gov**. ... National Customer Service Center **1-800-767-1833**. The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE<br>December 22, 2005 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 079 239 887 |
| APPLICATION NUMBER<br>ESC*001535568 | RECEIVED DATE<br>December 15, 2005 | PRIORITY DATE<br>December 15, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

LEONARDO ACOSTA
1438 SHERIDAN STREET NW
WASHINGTON DC  20011

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

 նեկներ ... (mailing barcode)

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:          January 08, 1961
Address Where You Live:  1438 SHERIDAN STREET NW
                         WASHINGTON DC 20011

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within  90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001517003



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | NOTICE DATE<br>February 28, 2006 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 079 239 887 |

| APPLICATION NUMBER<br>ESC*001535568 | RECEIVED DATE<br>December 15, 2005 | PRIORITY DATE<br>December 15, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

LEONARDO ACOSTA
1438 SHERIDAN STREET NW
WASHINGTON DC 20011

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS/QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>INS GLENMONT<br>12331-C GEORGIA AVE.<br>GLENMONT PLAZA<br>WHEATON MD 20906 | **DATE AND TIME OF APPOINTMENT**<br>03/22/2006<br>08:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS GLENMONT
12331-C GEORGIA AVE.
GLENMONT PLAZA
WHEATON MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICANT COPY**

APPLICATION NUMBER
ESC*001535568

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>April 10, 2006 |
|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | **INS A#**<br>A 079 239 887 |

| APPLICATION NUMBER<br>ESC*001535568 | RECEIVED DATE<br>December 15, 2005 | PRIORITY DATE<br>December 15, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

LEONARDO ACOSTA
1438 SHERIDAN STREET NW
WASHINGTON DC  20011

**Please come to:**
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date):  Tuesday, June 13, 2006
At (Time):  01:00 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 01/31/05) N

**U.S. Citizenship and Immigration Services**                    **N-652, Naturalization Interview Results**

## A#:a79239887

On ___June 13, 2006_____, you were interviewed by CIS officer ___J. Choi_____.

☒  You passed the tests of English and U.S. history and government.

☐  You passed the test of U.S. history and government and the English language requirement was waived.

☐  The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐  You will be given another opportunity to be tested on your ability to __☐__ speak / __☐__ read / __☐__ write English.

☐  You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐  Please follow the instructions on the Form N-14.

☒  USCIS will send you a written decision about your application.

☐  You did not pass the second and final test of your __☐__ English ability / __☐__ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400.

    **A)__☐__  Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established you eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

    **B)__☒__  A decision cannot be made about your application. (FBI Name Check is still pending)**

        **It is very important that you:**

☒  Notify USCIS if you change your address.

☐  Come to any scheduled interview.

☐  Submit all requested documents.

☒  Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒  Go to any Oath Ceremony that you are scheduled to attend.

☒  Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Washington D.C., February 2, 2007

Leonardo Acosta
1438 Sheridan St. NW
Washington, DC 20011
Tel: 202 492 8974
Fax: 202 974 3615
E-mail: acostale@paho.org

Re: Naturalization Application (N-400)

Dear Mr Choi:

I am writing to inquire about the status of my application for citizenship. My interview with you was more than 7 months ago (June 13, 2006). I received the interview results shortly after that indicating that my application was complete subject to completion of the FBI Name Check. Can you provide some information on the status of my application? I have called the USCIS Customer Service on several occasions but haven't been able to any information from them.  Should I request a hearing in the U.S. District Court as provided in the Note at the bottom of the attached USCIS form N-652, Naturalization Interview Results?  As I mentioned to you in my interview, it is very important for me to become a citizen as it is a prerequisite to getting a job in my field of expertise.

Thanking you in advance for your kind reply.

Sincerely,

Leonardo Acosta
Alien # A 079 239 887
Case Type: Application for Naturalization
Application #: ESC*001535568

Copy of form N-652 enclosed

cc:
USCIS Director, Dr. Emilio T. González
Congresswoman, Mrs. Eleanor Holmes Norton

DC1 - 245831.01

**U.S. Department of Homeland Security**
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

HQCIS 181/48.2-C

**MAY** 0 2 **2007**

Mr. Leonardo Acosta
1438 Sheridan Street, Northwest
Washington, DC   20011

Dear Mr. Acosta:

Thank you for your letter dated February 2, 2007, to the U.S. Citizenship and Immigration Services (USCIS). Your letter concerning your immigration status was assigned case # 631361 and forwarded to the Customer Assistance Office for a response.

Per our conversation of April 17, 2007, you requested a written response in reference to your pending Form N-400, Application for Naturalization.  The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case.  These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking.  We will make every effort to make a decision on this case as soon as the background checks are complete.  If you do not receive a decision or other notice of action from us within six months of the date of this letter, please contact customer service at 1-800-375-5283.

We have enclosed a Fact Sheet – Immigration Security Checks—How and Why the Process Works, and also USCIS Clarifies Criteria to Expedite FBI Name Check.

We trust that this information is helpful.

Sincerely,

R.E. DeShazor
Information Management Specialist
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:   Fact Sheet: Immigration Security Checks—How and Why the Process Works
              USCIS Clarifies Criteria to Expedite FBI Name Check

Washington D.C., February 2, 2007

Leonardo Acosta
1438 Sheridan St. NW
Washington, DC 20011
Tel: 202 974 3748
E-mail: acostale@paho.org

Re: Immigration Assistance Request – Naturalization Application (N-400)

Dear Ms Norton,

I am respectfully asking for your assistance in inquiring to the United States Citizenship
and Immigration Service (USCIS) about the current status of my application for
citizenship. I have been a U.S. resident since August 13, 2002, living in the District of
Columbia since March 28, 2002. I have been eligible to apply for citizenship since
August 13, 2005, and I filed my application for naturalization in December, 2005, more
than one year ago.

My interview with CIS officer, Mr J Choi, was more than 7 months ago (June 13, 2006).
I passed the required tests and received the interview results shortly after that indicating
that my application was complete, subject to completion of the FBI Name Check. I have
received no further notice of any action, and the several phone calls I have made to the
USCIS customer service number have been frustrating because USCIS representatives
could not provide any information on the status of my application.

Enclosed please find a copy of the request for immigration assistance I downloaded from
your website. In addition, I am attaching copies of the notice of action I received from the
USCIS dated February 28, 2006 for my fingerprints appointment, which was carried out
on March 22, 2006 and a copy of the USCIS form N-652, Naturalization Interview
Results from June, 2006

I would be very grateful if you could check with the USCIS on my behalf and look
forward to hearing from you soon.

Sincerely,

Leonardo Acosta
Alien # A 079 239 887
Case Type: Application for Naturalization
Application #: ESC*001535568


cc:

USCIS Chief Officer, Mr. J. Choi
USCIS Director, Dr. Emilio T. González

Congresswoman Eleanor Holmes Norton

# Immigration Assistance Request

Immigration Assistance Request

The Immigration & Naturalization Service (INS) and the Department of State index their records by a person's Name, Date of Birth, Country of Birth, and File Number. An INS File Number may be an alien registration number ("A number"), or Service Center File Number ("EAC, LIN, SRC, or WRC number"). A Department of State File Number is an Embassy File Number (a three letter code such as "LGS" for Lagos, Nigeria, followed by a four digit year, which is followed by a six digit number).

Certain types of visa applications will have a Priority Date. This is the date when the INS received an application. File numbers and priority dates are stated on INS blue receipt notices and Department of State, National Visa Center confirmation letters.

Very few applications will contain all file numbers and priority dates, but please provide as much information as possible to ensure a quick response on your behalf.

Please supply the following information:

Name: _Leonardo Acosta_

Address: _1438 Sheridan St NW_

City: _Washington_  State: _D. C._  Zip: _20011_

Day Phone: (_202_) _974 3748_  Evening Phone: (_202_) _882 1766_

FAX: (_202_) _974 3615_  E-Mail: _acostale@paho.org_

Your Date of Birth: _January 8, 1961_

Your Country of Birth: _Colombia_

Your "A" Number (If Applicable): _079 239 887_

Your Service Center File Number (If Applicable): _U.S.C.I.S. 2675 PROSPERITY AVE. FAIRFAX, VA 22031_

Your Embassy File Number (If Applicable): _N/A_

Your Priority Date (If Applicable): _December 15, 2005_

If another person ("Beneficiary") is to receive the visa I need to know:  _None_

Beneficiary's Name: _____

Address: _____

City: _____  Country: _____  Post Code: _____

Phone: (___) _____  E-Mail: _____

Beneficiary's Date of Birth: _____

Beneficiary's Country of Birth: _____

Beneficiary's "A" Number (If Applicable): _____

Beneficiary's Service Center File Number (If Applicable): _____

Congresswoman Eleanor Holmes Norton

Beneficiary's Embassy File Number (If Applicable): _____

Beneficiary's Priority Date (If Applicable): _____

Please describe your problem. You may use additional sheets if necessary. Please enclose copies of any pertinent correspondence:

*As per describe in my letter*

Pursuant to the Privacy Act, I hereby give Congresswoman Eleanor Holmes Norton permission to assist me with the above matter.

Signature: _____  Date: *February 2, 2007*

ELEANOR HOLMES NORTON
DISTRICT OF COLUMBIA

SELECT COMMITTEE ON
HOMELAND SECURITY

SUBCOMMITTEES:
EMERGENCY PREPAREDNESS
AND RESPONSE

INTELLIGENCE AND
COUNTERTERRORISM



# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

COMMITTEE ON
TRANSPORTATION AND
INFRASTRUCTURE

SUBCOMMITTEES:
AVIATION

ECONOMIC DEVELOPMENT,
PUBLIC BUILDINGS, AND
EMERGENCY MANAGEMENT

COMMITTEE ON
GOVERNMENT REFORM*

SUBCOMMITTEES:
CIVIL SERVICE AND
AGENCY REORGANIZATION

CRIMINAL JUSTICE, DRUG POLICY
AND HUMAN RESOURCES

*COVERS D.C. ISSUES

February 26, 2007

Mr. Leonardo Acosta
1438 SHERIDAN ST NW
Washington, DC 20011-8015

Dear Mr. Acosta:

  This is just a note to let you know that I have contacted the appropriate officials regarding the matter outlined in your recent correspondence. Please be aware that normal response time is approximately 4-8 weeks.

  As soon as I receive a response from them, I will be in touch with you immediately. Thank you for bringing this matter to my attention.

       Sincerely,

       Eleanor H. Norton

       Eleanor Holmes Norton
       Member of Congress

ehn:efr

529 14TH STREET, N.W., SUITE 900
WASHINGTON, D.C. 20045-1928
(202) 783-5065
(202) 783-5211 (FAX)

2136 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515-5101
(202) 225-8050
(202) 225-3002 (FAX)
(202) 225-7829 (TDD)
www.house.gov/norton

2041 MARTIN L. KING AVENUE, S.E.
SUITE 300
WASHINGTON, D.C. 20020-5734
(202) 678-8900
(202) 678-8844 (FAX)

PRINTED ON RECYCLED PAPER

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

ACOSTA, LEONARDO

CHRISTIAN, Gregory, District Director, USCIS
GONZALEZ, EMILIO, Director, USCIS
CHERTOFF, MICHAEL, Secretary, USDHS
MUELLER, ROBERT, Director, FBI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Washington, DC
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)    Washington D.C.
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington D.C. 20009

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ A. Antitrust

☐ 410 Antitrust

○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

◉ C. Administrative Agency Review

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 U.S.C. Section 1447(b)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____ Check YES only if demanded in complaint    JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE *March 7, 2008*    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C., 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.