AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ACOSTA, LEONARDO
1438 Sheridan Street, N.W.
Washington, D.C. 20011

    Plaintiff,

V.

GREGORY CHRISTIAN, DIRECTOR, WASHINGTON FIELD OFFICE, USCIS
EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

Case: 1:08-cv-00420
Assigned To : Robertson, James
Assign. Date : 3/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

EMILIO GONZALEZ, Director,
U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
20 Massachusetts Ave, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 11 2008

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03/18/2008 |
| NAME OF SERVER (PRINT) Dorothy E. Shermet | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☐ Other (specify): Certified mail, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03/26/2008        *Dorothy E Shermet*
              Date                   *Signature of Server*
                                          Elliot & Mayock
                                          1666 Connecticut Avenue, N.W., 5th Floor
                                          Washington, D.C. 20009

                                          *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

