UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARDO ACOSTA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:08-cv-00420 (JR) |
| ) | |
| v. ) | |
| ) | |
| GREGORY CHRISTIAN, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov