**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEONARDO ACOSTA,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>GREGORY CHRISTIAN, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>) Case Number 1:08-cv-00420<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

In light of Defendants' representation that their adjudication of Plaintiff's naturalization application is nearly complete and shall be completed within 30 days after the filing of this Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

THOMAS A. ELLIOT, Esquire
D.C. Bar # 259713
Elliot & Mayock
1666 Connecticut Avenue, N.W.
5th Floor
Washington, D.C. 20009
202-429-1725
tom@elliotlaw.com
*Counsel for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdok.gov
*Counsel for Defendants*

Dated: April 28, 2008